IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Corrine

Printed: 2/12/08

Case Number: 06 B 00989
Judge: Hollis, Pamela S
Filed: 2/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 19, 2007
Confirmed: April 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,115.00 |  |
| Secured: |  | 5,164.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,586.59 |
| Trustee Fee: |  | 363.62 |
| Other Funds: |  | 0.03 |
| Totals: | 7,115.00 | 7,115.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 1,586.59 |
| 2. | Credit Acceptance Corp | Secured | 12,109.92 | 2,479.80 |
| 3. | HomEq Servicing Corp | Secured | 14,138.63 | 2,684.96 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 1,647.48 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 365.54 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 4,591.78 | 0.00 |
| 7. | Credit Acceptance Corp | Unsecured | 116.37 | 0.00 |
| 8. | HomEq Servicing Corp | Unsecured | 2,926.49 | 0.00 |
| 9. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 10. | R & R Country Motors | Unsecured |  | No Claim Filed |
| 11. | Sprint PCS | Unsecured |  | No Claim Filed |
|  |  |  | $ 38,396.21 | $ 6,751.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 123.48 |
| 5% | 53.25 |
| 4.8% | 148.55 |
| 5.4% | 38.34 |
|  | $ 363.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Smith, Corrine | Case Number:  06 B 00989 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/12/08 | Filed:  2/6/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

